# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:11CV-P110-H

**CLAUDE E. PLUMMER**                                                           **PETITIONER**

v.

**COMMONWEALTH OF KENTUCKY**                                   **RESPONDENT**

## MEMORANDUM OPINION

Petitioner, Claude E. Plummer, commenced this action by filing a handwritten "motion for indictment" with the Court. He stated in the body of the document, "Charge sexual harassment in work place and interfering with me in performance of a duty to help make the country safe."

Pursuant to Local Rule 5.2 the Court directed Plummer to restate his complaint on a court-approved form and either pay the appropriate filing fee or submit a prisoner application to proceed without prepayment of the fee. The Court's Order was entered on March 17, 2011. Plummer was given twenty-eight days to comply with the Order. He was warned that failure to comply within the required time would result in dismissal of this action.

The response time has expired with Plummer having neither responded nor shown good cause for his failure to do so. Accordingly, it appears that Plummer has abandoned this action. As such, the Court will enter a separate Order of dismissal.

Date:

cc:     Petitioner, *pro se*

4412.008