# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO. 3:11CV-P110-H

**CLAUDE E. PLUMMER**                                                           **PETITIONER**

**v.**

**COMMONWEALTH OF KENTUCKY**                             **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Petitioner's complaint is **DISMISSED.**

This Order is **without prejudice** and shall **not** to be construed as to operate as an adjudication on the merits.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Petitioner, *pro se*

4412.008